**Butchie J. STEMPLE, Plaintiff–Appellant,**

v.

**Bobby P. SHEARIN, Warden; Keith K. Arnold, Chief; Kevin Lamp, Chaplain, Defendants–Appellees.**

**No. 15–6216.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 30, 2015.

Decided: July 29, 2015.

Butchie J. Stemple, Appellant Pro Se. Stephanie Judith Lane–Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Butchie J. Stemple appeals the district court's order granting summary judgment to Appellees on his 42 U.S.C. § 1983 (2012) claims. We have reviewed the record and find no reversible error. Accordingly, we deny Stemple's motion for appointment of counsel and affirm substantially on the reasoning of the district court.* *Stemple v. Shearin,* No. 1:14–cv–01739–ELH, 2015 WL 461861 (D.Md. Feb. 3, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

Jeffrey Tarrats appeals the district court's orders denying his 18 U.S.C. § 3582(c)(2) (2012) motion for sentence reduction and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Tarrats,* No. 2:04–cr–00016–RAJ–JEB–7 (E.D. Va. June 18, 2015; filed Feb. 27, 2015, entered Feb. 28, 2015); *see also United States v. Mann,* 709 F.3d 301, 304–05 (4th Cir.2013) (according deference to a district court's interpretation of its own judgment). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

---

* Although Stemple's claim for equitable relief may not have been barred by Appellees' qualified immunity, *see Wall v. Wade,* 741 F.3d 492, 497 n. 9 (4th Cir.2014) (noting that qualified immunity is inapplicable to claims for equitable relief), we conclude that the claim nevertheless fails on the merits. *See Republi-* can Party of N.C. v. Martin, 980 F.2d 943, 952 (4th Cir.1992) ("[W]e may affirm a judgment for any reason appearing on the record."). *See generally Wall,* 741 F.3d at 498–99 (providing test for determining when prison policy violates First Amendment).